UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>　　　　　　Plaintiff,<br>v. | ) <br> ) <br> ) <br> ) <br> ) | **FILED UNDER SEAL** |
| IN THE MATTER OF THE SEIZURE OF ALL FUNDS ON DEPOSIT UP TO $140,000 IN BANK OF AMERICA ACCOUNT NUMBER ********4999, HELD IN THE NAME OF DONNA C. HEINEL AND ▮▮▮▮▮▮▮▮▮▮, | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No.: 19-mj-6092-MPK |
| IN THE MATTER OF THE SEIZURE OF ALL FUNDS ON DEPOSIT UP TO $100,000 IN CITY NATIONAL BANK ACCOUNT NUMBER ***8419, HELD IN THE NAME OF JORGE SALCEDO AND ▮▮▮▮▮▮▮▮▮▮, | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No.: 19-mj-6093-MPK |
| IN THE MATTER OF THE SEIZURE OF ALL FUNDS ON DEPOSIT UP TO $50,000 IN WELLS FARGO BANK ACCOUNT NUMBER ******5954, HELD IN THE NAME OF BILL FERGUSON VOLLEYBALL CAMPS LLC, | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No.: 19-mj-6094-MPK |
| IN THE MATTER OF THE SEIZURE OF ALL FUNDS ON DEPOSIT UP TO $1,138,500 IN PNC BANK ACCOUNT NUMBER ******6522, HELD IN THE NAME OF GORDON M. ERNST AND ▮▮▮▮▮▮▮▮▮▮, | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No.: 19-mj-6095-MPK |
| IN THE MATTER OF THE SEIZURE OF ALL FUNDS ON DEPOSIT UP TO $289,963.78 IN PNC BANK ACCOUNT NUMBER ******6905, HELD IN THE NAME OF GORDON M. ERNST AND ▮▮▮▮▮▮▮▮▮▮, | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No.: 19-mj-6096-MPK |
| IN THE MATTER OF THE SEIZURE OF ALL FUNDS ON DEPOSIT UP TO $650,000 IN MERRILL LYNCH BANK ACCOUNT NUMBER ****8442, HELD | ) <br> ) <br> ) <br> ) | Case No.: 19-mj-6097-MPK |

| | |
|---|---|
| IN THE NAME OF ▮▮▮▮▮ AND GORDON ERNST JTWROS, ) ) ) | |
| IN THE MATTER OF THE SEIZURE OF ALL FUNDS ON DEPOSIT IN VAN GUARD SEP IRA ACCOUNT NUMBER \*\*\*\*\*\*9912, HELD IN THE NAME OF GORDON M. ERNST, ) ) ) ) ) ) ) | Case No.: 19-mj-6098-MPK |
| IN THE MATTER OF THE SEIZURE OF ALL FUNDS ON DEPOSIT UP TO $289,000 IN BANK OF AMERICA CHECKING ACCOUNT NUMBER \*\*\*\*\*\*\*\*1470, HELD IN THE NAME OF MARTIN FOX, ) ) ) ) ) ) ) | Case No.: 19-mj-6099-MPK |
| IN THE MATTER OF THE SEIZURE OF ALL FUNDS ON DEPOSIT UP TO $100,000 IN BANK OF AMERICA CHECKING ACCOUNT NUMBER \*\*\*\*\*\*\*\*7589, HELD IN THE NAME OF ▮▮▮▮▮ AND MARTIN S. FOX, ) ) ) ) ) ) ) ) | Case No.: 19-mj-6100-MPK |
| IN THE MATTER OF THE SEIZURE OF ALL FUNDS ON DEPOSIT UP TO $25,000 IN SCHOOLS FIRST FEDERAL CREDIT UNION ACCOUNT NUMBER \*\*\*\*\*\*5612 (ID 71), HELD IN THE NAME OF ALI KHOSROSHAHIN, Defendants. ) ) ) ) ) ) ) ) | Case No.: 19-mj-6101-MPK |

## MOTION TO UNSEAL

The United States of America, by its attorney, Andrew E. Lelling, United States Attorney for the District of Massachusetts, respectfully moves to unseal the redacted versions of the documents filed herewith: the seizure warrant applications, the supporting Affidavit of Federal Bureau of Investigation's Special Agent Laura Smith, the seizure warrants, any ruling on this Motion, all related paperwork filed herewith, and the prior Motions to Seal filed in the above-captioned matter.

In support of its motion, the government states that the seizure warrants have been executed, and therefore, the public disclosure of these materials will not lead to efforts by the owners or possessors of the assets to transfer, place liens upon, deplete, or otherwise impair the forfeitability of the assets, or interfere with an ongoing criminal investigation.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: /s/ *Carol E. Head*
CAROL E. HEAD, B.B.O. No. 652170
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
Carol.Head@usdoj.gov

Date: March 26, 2019

So Ordered:

M. PAGE KELLEY
United States Magistrate Judge

Dated: 3/26/19